UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, ) ) ) | Civil Action No. _____ |
| Plaintiffs, ) | |
| ) | |
| VS. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.2(d), John F. Cooney, counsel for Hein Hettinga and Ellen Hettinga d/b/a Sarah Farms ("Plaintiffs") in the above-captioned action and a member of the Bar of this Court, moves the Court for permission to admit Alfred W. Ricciardi pro hac vice for the purpose of appearing and participating in the above-captioned action on behalf of Plaintiffs.

Mr. Ricciardi is an attorney duly licensed to practice law in the Commonwealth of Massachusetts and in the State of Arizona. He is a shareholder with the firm of Hebert Schenk P.C. in Phoenix, Arizona. Mr. Ricciardi has never been disciplined by any Bar of which he is a member, and he has not been admitted pro hac vice to practice in this Court in the last two years. Mr. Ricciardi's declaration in support of this application is attached hereto.

It is, therefore, respectfully submitted that this Motion should be granted and the pro hac vice appearance of Alfred W. Ricciardi permitted for and on behalf of the

-1-

-2-

Plaintiffs in this case.

Respectfully submitted,

John F. Cooney (D.C. Bar No. 936336)
Venable LLP
575 7th Street NW
Washington, DC 20004
Telephone: (202) 344-4812

DATED: September 21, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. _____ |
| VS. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF ALFRED W. RICCIARDI IN SUPPORT OF PRO HAC VICE APPLICATION**

Alfred W. Ricciardi, counsel for plaintiffs Hein Hettinga and Ellen Hettinga d/b/a Sarah Farms ("Plaintiffs" or "Sarah Farms"), files this Declaration in support of my Application for Pro Hac Vice Admission in this Court. If called upon by this Court, I am competent to testify about the statements and the information set forth in this Declaration.

1.      I am an attorney duly licensed to practice law and I am a shareholder with the firm of Hebert Schenk P.C., located at 4742 North 24th Street, Phoenix, Arizona 85016. My telephone number is 602-248-8203 and my email address is **awr@hs-law.com**.

2.      I am licensed and admitted to practice law in the Commonwealth of Massachusetts and in the State of Arizona. I am also admitted in the United States District Courts for the Districts of Massachusetts and Arizona.

3.      I certify that I have never been disciplined by any Bar of which I am a member.

4.      I have not been admitted pro hac vice to practice in this Court in the last two (2) years.

1

I declare under pains and penalties of perjury that the foregoing is true and correct.  Executed on this twentieth day of September 2006.

ALFRED W. RICCIARDI

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,**<br><br>**Plaintiffs,**<br><br>VS.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No. _____**

### ORDER

Upon consideration of the Application for <u>Pro Hac Vice</u> Admission for Alfred W. Ricciardi and having no objection thereto, I hereby

GRANT the admission of Mr. Ricciardi <u>pro hac vice</u> for the purpose of appearing and participating in the above-captioned case on behalf of Plaintiffs Hein Hettinga and Ellen Hettinga d/b/a Sarah Farms.

**SO ORDERED**

_____

Judge _____
United States District Court for the
District of Columbia

DATED:

## CERTIFICATE OF SERVICE

I hereby certify that on this twenty-first day of September 2006, a true and

complete copy of the foregoing Application for <u>Pro Hac Vice</u> Admission and proposed

Order was served by first-class mail, postage pre-paid, on:

Hon.  Alberto R. Gonzales
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kenneth L. Wainstein, Esq.
United States Attorney, District of Columbia
555 4th Street, NW
Washington, DC 20530

Counsel for Defendant United States of America


_____
John F. Cooney