UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | CIVIL CASE NO. 5-06CV0052-C |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this lawsuit hereby stipulate to the dismissal of the action without prejudice, with each side to bear its own costs.

Respectfully submitted,

JOHN F. COONEY
(D.C. Bar No. 936336)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812

ALFRED W. RICCIARDI
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

Counsel for Plaintiffs
Hein Hettinga and Ellen Hettinga

|  |  |
|---|---|
|  | MATT D. MATZNER<br>(Texas Bar No. 00797022)<br>MARK W. McBRAYER<br>(Texas Bar No. 24038036)<br>Crenshaw, Dupree & Milam L.L.P.<br>1500 Broadway, 8th Floor<br>Wells Fargo Center<br>Lubbock, Texas 79401<br>(806) 762-5281<br><br>Local Counsel for Plaintiffs<br>Hein Hettinga and Ellen Hettinga<br><br>*/s/ Peter Michael Bryce by Matt S. Matzner w/permission*<br>PETER MICHAEL BRYCE<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br><br>Attorney for Defendant Mike Johanns<br><br>*/s/ Gary Bellair by Matt S. Matzner w/permission*<br>H. GRADY TERRILL<br>GARY BELLAIR<br>Craig Terrill Hale & Grantham<br>P.O. Box 1979<br>Lubbock, Texas 79408-1979<br><br>Attorneys for Parker Farms,<br>Shamrock Farms, Shamrock Foods Company,<br>United Dairymen of Arizona, Dean Foods<br>Company, Farmers Cooperative Creamery,<br>Northwest Dairy Association, Tillamook County<br>Creamery, and West Farm Foods, Inc.<br><br>*/s/ Fernando M. Bustos by Matt S. Matzner w/permission*<br>FERNANDO M. BUSTOS<br>McCleskey Harriger Brazill & Graf L.L.P.<br>P.O. Box 6170<br>Lubbock, Texas 79493-6170<br>SBN: 24001819<br>806-796-7300<br><br>Attorney for Amicus Dairy Farmers of<br>America, Inc. and Defendant National Milk<br>Producers Federation |
| CHARLES M. ENGLISH, JR.<br>Thelen Reid & Priest LLP<br>701 8th Street, N.W.<br>Washington, D.C. 20001<br>(202) 508-4159 |  |
| MARVIN BESHORE<br>130 State Street<br>P.O. Box 946<br>Harrisburg, Pennsylvania 17108<br>(717) 236-0781 |  |
| May 22, 2006 |  |

2