UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | Civil Action No. 06-1637 (RJL) |

**Proposed ORDER**

Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) has come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that plaintiffs' complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE