UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA ) <br> d/b/a SARAH FARMS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1637 (RJL) |

**PLAINTIFFS' UNOPPOSED MOTION TO ESTABLISH FURTHER
BRIEFING SCHEDULE FOR THE MOTION TO DISMISS AND
FOR STAY OF DISCOVERY PENDING RESOLUTION OF THAT MOTION**

Plaintiffs Hein Hettinga and Ellen Hettinga, d/b/a/ Sarah Farms, hereby submit this unopposed Motion to establish a further briefing schedule for resolution of Defendant's Motion to Dismiss the Complaint and for a stay of all discovery until the Court has resolved that Motion.

1. <u>Establishment of Briefing Schedule</u>.  The Complaint was delivered to the U.S. Attorney's Office on September 27, 2006.  With the consent of Plaintiffs, Defendant the United States of America received extensions of time until December 6, 2006 (totaling nine days) to file its response.

On December 6, Defendant filed its Motion to Dismiss.  The Memorandum in support of that Motion is 44 pages long.  In its Motion, Defendant raised four jurisdictional defenses and made extensive substantive arguments.  Due to the length of that Motion and the number of arguments presented, Plaintiffs will need more time than ordinarily is provided by the Rules in order to research these issues and prepare a response.

In addition, due to the extensions received by Defendant, the time period in which Plaintiffs' Opposition would have to be prepared has been pushed back into the holiday period (until December 20, 2006). Further, Plaintiffs' lead counsel has recently experienced a death in his family and will not be available for a substantial period of time between now and the start of 2007.

The parties have discussed the briefing schedule in light of these developments and have agreed upon a mutually acceptable timetable going forward. Accordingly, for the reasons set forth above, Plaintiffs request that the Court establish the following briefing schedule for resolution of the Motion to Dismiss:

Plaintiffs' Opposition to the Motion to Dismiss – February 6, 2007.

Defendant's Reply Brief in Support of its Motion – March 9, 2007.

Defendant consents to this request.

2. <u>Oral Argument on the Motion to Dismiss</u>. Due to the extensive nature of the arguments presented by Defendant in its Motion to Dismiss, Plaintiffs believe that the Court's consideration of this Motion would be assisted by oral argument.

Accordingly, Plaintiffs request that the Court enter an Order providing that oral argument on this Motion will be held at a time to be determined later. Defendant has no objection to the request for oral argument.

3. <u>Stay of Discovery</u>. The parties also have discussed the scheduling of discovery in this matter. The parties have agreed that, barring a further Order by the Court, conduct of all discovery should be stayed until after the Court has ruled on the Motion to Dismiss.

Accordingly, Plaintiffs request that the Court enter an Order staying the Conference of counsel required by Fed. R. Civ. P. 26(f), the Initial Disclosures required by Rule 26(a), and the Written Report of counsel concerning the proposed discovery plan required by Rule 26(f) until after the Court has resolved the pending Motion to Dismiss. Defendant consents to this request for a stay pending resolution of its Motion.

                                        Respectfully submitted,

*/s/ Alfred W. Ricciardi*
ALFRED W. RICCIARDI by JFC
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

*/s/ John F. Cooney*
JOHN F. COONEY
(D.C. Bar 936336)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812

December 13, 2006                               Counsel for Plaintiffs