UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,  )<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  ) | Civil Action No. 06-1637 (RJL) |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Establish Further Briefing Schedule for the Motion to Dismiss and for Stay of Discovery Pending Resolution of that Motion, and for good cause shown, it is hereby ORDERED that:

(1) Plaintiffs' Opposition to the Motion to Dismiss shall be filed no later than February 6, 2007. Defendant's Reply Brief in support of the Motion shall be filed no later than March 9, 2007.

(2) Oral argument on the Motion to Dismiss will be scheduled hereafter.

(3) All discovery in this matter, including the Conference of counsel required by Fed. R. Civ. P. 26(f), the Initial Disclosures required by Rule 26(a), and the Written Report of counsel concerning the proposed discovery plan required by Rule 26(f), shall be stayed until after the Court has resolved the Motion to Dismiss.

SO ORDERED.

DATE:

_____
RICHARD J. LEON
United States District Judge