IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 06-1637 (RJL) |

**[PROPOSED] ORDER**

The motion of United Dairymen of Arizona, Shamrock Foods, Sharmrock Farms, Parker Farms and Dairy Institute of California for leave to file a brief amicus curiae in support of defendant's motion to dismiss is hereby GRANTED.

So ordered this _____ day of _____ 200__.

_____
Richard J. Leon
United States District Judge

DC #262224 v1