UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.:  06-1637 (RJL) |

**Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned, counsel of record for United Dairymen of Arizona, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of United Dairymen of Arizona which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for United Dairymen of Arizona.
                                        Respectfully submitted,


                                        /s/ Charles M. English, Jr.
                                        Charles M. English, Jr.
                                        D.C. Bar No.:  386572
                                        Sara Pikofsky
                                        D.C. Bar No.:  485948
                                        Thelen Reid Brown Raysman & Steiner LLP
                                        701 8th Street NW
                                        Washington, DC  20001
                                        Telephone:   202.508.4000

December 22, 2006              *Attorneys for Amicus Curiae*
                                        *United Dairymen of Arizona*

DC #262011 v1