UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civil Action No.: 06-1637 (RJL) |

**Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia**

　　I, the undersigned, counsel of record for Shamrock Foods Company and Shamrock Farms Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of either Shamrock Foods or Shamrock Farms which have any outstanding securities in the hands of the public:

　　None.

　　These representations are made in order that judges of this court may determine the need for recusal.

　　Attorney of Record for Shamrock Foods Company and Shamrock Farms Company.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Charles M. English, Jr.
　　　　　　　　　　　　　　　　　　Charles M. English, Jr.
　　　　　　　　　　　　　　　　　　D.C. Bar No.: 386572
　　　　　　　　　　　　　　　　　　Sara Pikofsky
　　　　　　　　　　　　　　　　　　D.C. Bar No.: 485948
　　　　　　　　　　　　　　　　　　Thelen Reid Brown Raysman & Steiner LLP
　　　　　　　　　　　　　　　　　　701 8th Street NW
　　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　　Telephone:  202.508.4000

December 22, 2006　　　　　　　　　　*Attorneys for Amici Curiae*
　　　　　　　　　　　　　　　　　　*Shamrock Foods Company and*
　　　　　　　　　　　　　　　　　　*Shamrock Farms Company*

　　　　　　　　　　　　　　　　　　　　　　　　　　　DC #262006 v1