UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 06-1637 (RJL) |

**Certificate Required by LCvR 7.1 of the Local Rules of the**
**United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Parker Dairy Farms, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Parker Dairy Farms, Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Parker Dairy Farms, Inc.

                                                                  Respectfully submitted,

                                                                /s/ Charles M. English, Jr.
                                                                Charles M. English, Jr.
                                                                 D.C. Bar No.: 386572
                                                                Sara Pikofsky
                                                                 D.C. Bar No.: 485948
                                                                Thelen Reid Brown Raysman & Steiner LLP
                                                                701 8th Street NW
                                                                Washington, DC  20001
                                                                Telephone:  202.508.4000

December 22, 2006                         *Attorneys for Amicus Curiae*
                                                              *Parker Dairy Farms, Inc.*