UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 06-CV-1637 (RJL) |

**PLAINTIFFS' NOTICE OF FILING OF AMENDED COMPLAINT**

Plaintiffs hereby give notice that they are filing their First Amended Complaint pursuant to Fed. R. Civ. P. 15(a). Because no responsive pleading has been filed by the Defendant and Plaintiffs have not yet amended their Complaint, this First Amended Complaint is filed as a matter of right.

This First Amended Complaint adds GH Dairy d/b/a GH Processing as a party plaintiff and clarifies and amplifies certain allegations made in Plaintiffs' Complaint. The First Amended Complaint adds no new claims for relief.

Respectfully submitted,

*Alfred W. Ricciardi* by JFC
ALFRED W. RICCIARDI, pro hac vice
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

*John F. Cooney*
JOHN F. COONEY
(D.C. Bar No. 936336)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 34-4812

Dated: February 6, 2007                Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing was filed using the Court's ECF filing system. Accordingly, this Notice has been served upon all counsel of record by the Court's system this 6th day of February 2007.

*John F. Cooney*
John F. Cooney
Counsel for Plaintiffs