UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HEIN HETTINGA AND ELLEN HETTINGA, )
et al., )
)
)
Plaintiffs, )
v. ) Civil Action No.06-1637 (RJL)
)
UNITED STATES OF AMERICA, )
)
Defendant. )

ORDER

Upon consideration of Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6), and the Opposition thereto, it is hereby Ordered that the Motion to Dismiss is denied.

So ordered this _____ day of _____ 2007.


Richard J. Leon
United States District Judge