UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HEIN HETTINGA AND ELLEN HETTINGA )
d/b/a SARAH FARMS, )
                   Plaintiffs, )
                                          ) Civil Action No. 06-1637 (RJL)
                 v. )

UNITED STATES OF AMERICA, )
                   Defendant. )

## ORDER

Plaintiffs' motion for clarification of the Court's Order of January 3, 2007 is hereby GRANTED. The Court orders that United Dairymen of Arizona, *et al.*, as amici curiae, may not file a reply brief or participate in oral argument, without having submitted a Motion to Intervene as a party-defendant pursuant to Federal Rule of Civil Procedure 24.

So ordered this _____ day of _____ 2007.

_____
Richard J. Leon
United States District Judge