IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 06-1637 (RJL) |

[PROPOSED] ORDER

Plaintiffs' Motion for Clarification of Order Dated January 3, 2007 Related to Amici Curiae is hereby DENIED. Amici curiae are granted leave to file a reply brief in support of the government's motion to dismiss and the right to participate in oral argument (in the amount of time to be determined by the Court) on the motion to dismiss.

So ordered this _____ day of _____ 200__.

 

_____
Richard J. Leon
United States District Judge

DC #272619 v1