UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA ) <br> d/b/a SARAH FARMS, ) <br> (RJL) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Civil Action No.: 06-1637 |

NOTICE OF POTENTIAL TRIAL CONFLICT WITH THE STATUS
CONFERENCE OF MARCH 6, 2007

Alfred W. Ricciardi, Phoenix counsel for plaintiffs Hein Hettinga and Ellen Hettinga and Ellen Hettinga d/b/a Sarah Farms and GH Dairy d/b/a GH Processing (hereinafter "plaintiffs") pursuant to the provisions of Local Civil Rule 16.2(c)(3), provides notice to the Court of a potential conflict between the Status Conference which has been set on March 6, 2007 at 11:00 a.m. in Courtroom 18 before the Honorable Richard J. Leon, and a two day trial which is currently scheduled for March 5-6, 2007 in the Maricopa County Superior Court in Phoenix, Arizona before the Honorable Michael D. Jones entitled <u>Dianne and Jeremiah Johnson v. Desert Leasing, LLC, et al.</u>, Case No. CV2006-053504.

As noted above, the <u>Johnson v. Desert Leasing</u> matter is scheduled to be tried on March 5-6, 2007. That trial had been scheduled before the Notice of Hearing for a Status

Conference was filed in this matter on February 9, 2007. As of this date, the <u>Johnson v. Desert Leasing</u> matter is scheduled for mediation on February 19, 2007 in Phoenix, Arizona. If the case is successfully mediated and settled at that time, there will be no conflict between that case and the date for the Status Conference in this matter.

In an effort to comply with Local Civil Rule 16.2(c)(3), Phoenix counsel for the plaintiffs has presented this Court with the current status of the potential conflict between the Status Conference and the trial scheduled in the Maricopa County Superior Court on March 5-6, 2007. Counsel for the plaintiffs will immediately notify this Court regarding the results of the upcoming mediation on February 19, 2007.

Respectfully submitted,

/s/ Alfred W. Ricciardi

ALFRED W. RICCIARDI
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

JOHN F. COONEY
(D.C. Bar No. 936336)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812

February 16, 2007

Attorneys for Plaintiffs
Hein Hettinga and Ellen Hettinga
and Ellen Hettinga d/b/a Sarah Farms