UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS et al., ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | Civil Action No. 06-1637 (RJL) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY**

Defendant United States of America hereby moves for an extension of one week to reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss (Docket #14). If granted, defendant's reply brief would be due on March 16, 2007. This is the first motion that defense counsel has filed for an extension of time (counsel had previously agreed to short extensions with respect to the answer date). The extension is sought in light of other pressing litigation matters to which undersigned counsel attended in the month of February, which included a preliminary injunction hearing, see Bridgewater Dairy, LLC v. USDA, Case No. 07-104 (N.D. Ohio), and an ongoing investigation of an alleged leak of materials allegedly protected by the Privacy Act, see Paige v. DEA, Case No. 06-644 (D.D.C.), and the additional time is also needed to account for the amendments that plaintiffs recently made to their complaint. Granting this motion should have no effect on upcoming litigation deadlines, as the next scheduled event is a status conference with the Court on March 26, 2007. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with plaintiffs' counsel who does not object to this request.

Dated: March 2, 2007                              Respectfully submitted,

                                                        PETER D. KEISLER  
Assistant Attorney General

JEFFREY A. TAYLOR  
United States Attorney

JAMES J. GILLIGAN  
Assistant Branch Director

    /s/ Peter J. Phipps  
PETER J. PHIPPS  
United States Department of Justice  
Civil Division, Federal Programs Branch  
Tel: (202) 616-8482  
Fax: (202) 616-8470  
peter.phipps@usdoj.gov

<u>Mailing Address:</u>  
Post Office Box 883  
Washington, D.C. 20044

<u>Courier Address:</u>  
20 Massachusetts Ave., N.W.  
Washington, D.C. 20001

Attorneys for Defendant