UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 06-1637 (RJL) |

## FINAL JUDGMENT
[ #4 ]

For the reasons set forth in the Memorandum Opinion above, it is this 31 day of July, 2007, hereby

**ORDERED** that the motion to dismiss filed by defendant the United States of America is GRANTED, and it is further

**ORDERED** that this case is dismissed.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge