UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, <br><br> and <br><br> GH Dairy d/b/a GH Processing <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 06-CV-1637 (RJL) <br><br> ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION TO ALTER OR AMEND
JUDGMENT DISMISSING THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 59 (e), plaintiffs move the Court to alter or amend its Memorandum Opinion of July 31, 2007, dismissing the Amended Complaint for lack of subject matter jurisdiction because they had not exhausted an administrative procedure provided by Section 15(A) of the Agricultural Marketing Agreement Act of 1937. A Memorandum of Points and Authorities in support of the Motion is attached.

Plaintiffs request that the Court reconsider and vacate its prior Order, in order to avoid manifest injustice and to correct a clear legal error in its analysis, and instead should enter an Order denying defendant's motion to dismiss.

Pursuant to LCvR 7(f), plaintiffs request an oral hearing on this motion. The grounds on which the Court granted the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) -- that plaintiffs are challenging "obligations imposed in connection with" a milk marketing order, rather than the provisions of the Milk Regulatory Equity Act itself; and that the Secretary of Agriculture "hypothetically could have terminated the Arizona Las-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA )<br>d/b/a SARAH FARMS, )<br>)<br>and )<br>)<br>GH Dairy d/b/a GH Processing )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Case No. 06-CV-1637 (RJL)<br><br>ORAL ARGUMENT<br>REQUESTED |

**PLAINTIFFS' MOTION TO ALTER OR AMEND
JUDGMENT DISMISSING THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 59 (e), plaintiffs move the Court to alter or amend its Memorandum Opinion of July 31, 2007, dismissing the Amended Complaint for lack of subject matter jurisdiction because they had not exhausted an administrative procedure provided by Section 15(A) of the Agricultural Marketing Agreement Act of 1937. A Memorandum of Points and Authorities in support of the Motion is attached.

Plaintiffs request that the Court reconsider and vacate its prior Order, in order to avoid manifest injustice and to correct a clear legal error in its analysis, and instead should enter an Order denying defendant's motion to dismiss.

Pursuant to LCvR 7(f), plaintiffs request an oral hearing on this motion. The grounds on which the Court granted the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) -- that plaintiffs are challenging "obligations imposed in connection with" a milk marketing order, rather than the provisions of the Milk Regulatory Equity Act itself; and that the Secretary of Agriculture "hypothetically could have terminated the Arizona Las-

Vegas order, essentially rendering the MREA ineffective against Sarah Farms," were not discussed at any length in the briefing and oral argument. A recent decision by the United States Supreme Court in <u>National Ass'n of Home Builders v. Defenders of Wildlife</u>, ___ U.S. ___, 127 S. Ct. 2518 (2007), decided after oral argument on the motion to dismiss, makes it clear that this Court's ruling was erroneous as a matter of law. The mandatory terms of the MREA gave the Secretary no discretion in the imposition of its requirements on plaintiffs; the Department of Agriculture therefore cannot be considered a legally relevant "cause" of the adverse effects that they have suffered. 127 S. Ct. at 2535. Oral argument should be granted to review the application of the principles clarified in <u>National Ass'n of Home Builders</u> to the allegations in the Amended Complaint.

    Counsel for the United States has stated that it will not consent to this Motion.

Respectfully submitted,

/s/ Alfred W. Ricciardi
ALFRED W. RICCIARDI
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

/s/ John F. Cooney
JOHN F. COONEY
(D.C. Bar No. 936336)
NANCY S. BRYSON
(D.C. Bar No. 913673)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812

August 14, 2007                        Counsel for Plaintiffs