## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA<br>d/b/a SARAH FARMS,<br><br>and<br><br>GH Dairy d/b/a GH Processing<br><br>                          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | Case No. 06-CV-1637 (RJL) |

### ORDER

Upon review of Plaintiffs' Motion under Fed. R. Civ. P. 59(e) to alter or amend the judgment dismissing the Amended Complaint entered by the Court on July 31, 2007, and the responses thereto, it is hereby:

ORDERED, that the Memorandum Opinion entered on July 31, 2007 is hereby vacated, and it is further:

ORDERED, that Defendants' Motion to Dismiss the Amended Complaint is denied.

So ordered this _____ day of _____ 2007.


_____
Richard J. Leon
United States District Judge