IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 06-1637 (RJL) |

**MOTION OF UNITED DAIRYMEN OF ARIZONA, SHAMROCK FOODS, SHAMROCK FARMS, PARKER FARMS AND DAIRY INSTITUTE OF CALIFORNIA FOR LEAVE TO FILE A BRIEF AMICUS CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION TO ALTER THE JUDGMENT**

United Dairymen of Arizona, Shamrock Foods, Shamrock Farms, Parker Farms and Dairy Institute of California ("Amici") respectfully move for leave to file a brief as amicus curiae in opposition to Plaintiffs' Motion to Alter or Amend the Judgment Dismissing the Complaint.

This Court previously granted Amici permission to file both opening and reply briefs in support of the government's motion to dismiss the complaint in this case. See Minute Order entered January 3, 2007. The Court also permitted amici to participate in oral argument. For all the reasons addressed in Amici's previous motion to this court, Amici respectfully request that this Court permit them to file the attached opposition to plaintiffs' motion as well as participate

1

in any further briefing and/or oral argument in this matter, including, but not limited to the motion to alter the judgment currently pending before this Court.

Counsel for defendant United States of America has consented to the filing of an amicus curiae brief opposing plaintiffs' pending motion. In a conversation with counsel for plaintiffs on August 13, counsel for amici indicated that they would not object to the filing of the pending motion if plaintiffs would not object the filing of an amicus curiae brief responding to the motion to alter the judgment. Plaintiffs' counsel indicated agreement with this approach.

Respectfully submitted,

/s/ Charles M. English, Jr.
Charles M. English, Jr.
D.C. Bar No.: 386572
Sara Pikofsky
D.C. Bar No.: 485948
Thelen Reid Brown Raysman & Steiner LLP
701 8th Street NW
Washington, DC  20001
Telephone:  202.508.4000

August 27, 2007

*Attorneys for Amici Curiae*
United Dairymen of Arizona, et al.

Respectfully submitted,

/s/ Charles M. English, Jr.
Charles M. English, Jr.
D.C. Bar No.: 386572
Sara Pikofsky
D.C. Bar No.: 485948
Thelen Reid Brown Raysman & Steiner LLP
701 8th Street NW
Washington, DC  20001
Telephone:  202.508.4000

August 27, 2007                                    *Attorneys for Amici Curiae*
                                                   United Dairymen of Arizona, et al.