## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS et al.,** ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 06-1637 (RJL) |
| v. ) ) | |
| **UNITED STATES OF AMERICA,** ) ) | |
| Defendant. ) ) | |

## Proposed ORDER

Plaintiffs' Motion to Alter or Amend Judgment Dismissing the Complaint (Docket #26) has come before the Court, and the Court having considered that motion and the supporting memorandum (Docket #27) and opposition briefs, it is hereby

ORDERED that the motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE