UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, et al.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-CV-1637 (RJL) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY**

Plaintiffs Hein Hettinga and Ellen Hettinga d/b/a /Sarah Farms, et al., hereby move for an extension of time of three business days to reply to Defendant's Opposition to Plaintiff's Motion to Alter or Amend Judgment Dismissing the Complaint (Docket #29) and the Opposition of Amici (Docket #30). If granted, plaintiffs' reply brief would be due on September 11, 2007. Plaintiff's Reply is currently due to be filed on September 6. Due to the Labor Day holiday and the fact that counsel are out of town on previously scheduled vacations, this short extension of time is needed to prepare the Reply to the Defendant's Opposition filed on Tuesday of this week, as well as the Amicus Brief that the court has now accepted for filing. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with defendant's counsel and counsel for amici, who does not object to this request.

Dated: August 31, 2007                Respectfully submitted,

/s/ Alfred W. Ricciardi
ALFRED W. RICCIARDI
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

/s/ John F. Cooney
JOHN F. COONEY
(D.C. Bar No. 936336)
NANCY S. BRYSON
(D.C. Bar No. 913673)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812

Counsel for Plaintiffs