UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS, <br><br> and <br><br> GH Dairy d/b/a GH Processing <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 06-CV-1637 (RJL) |

NOTICE OF APPEAL

Notice is hereby given this fifth day of December, 2007, that all plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 31st day of July, 2007, in favor of defendant United States of American and against said plaintiffs.

Respectfully submitted,

*Alfred W. Ricciardi*
ALFRED W. RICCIARDI by JFC
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

*John F. Cooney*
JOHN F. COONEY
(D.C. Bar No. 936336)
NANCY S. BRYSON
(D.C. Bar No. 913673)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812
Counsel for Plaintiffs

**CLERK**    Please mail copies of the above Notice of Appeal to the following persons at the addresses indicated:

Peter Phipps
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
peter.phipps@usdoj.gov

Counsel for Defendant
United States of America

Charles M. English, Jr.
Thelen Reid & Priest LLP
701 8th Street, NW
Washington, DC 20001
cenglish@thelenreid.com
Counsel for Amici Curiae

2