# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5403**  **September Term 2007**

**06cv01637**

**Filed On:** July 11, 2008

Hein Hettinga, et al.,

> Appellants

v.

United States of America,

> Appellee

**BEFORE:** Ginsburg, Randolph, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for judicial notice or in the alternative to supplement the record, it is

**ORDERED** that the request for judicial notice be granted. The court will take judicial notice of appellants' petition for declaratory relief from application of the Milk Regulatory Equity Act and for restitution, and the answer thereto of the United States Department of Agriculture, filed in U.S. Department of Agriculture Docket No. AMA M-08-0069. See Veg-Mix, Inc. v. United States Dep't of Agric., 832 F.2d 601, 607 (D.C. Cir. 1987).

**Per Curiam**