UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS et al., ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | Civil Action No. 06-1637 (RJL) |

**DEFENDANT'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendant hereby moves to continue the status conference in the above-captioned case, which is presently set for June 24, 2009, at 2:00 p.m., until sometime after July 2, 2009. Such rescheduling is appropriate because the United States has until July 2, 2009, to petition the United States Supreme Court for certiorari of the D.C. Circuit's decision, see Hettinga v. United States, 560 F.3d 498 (D.C. Cir. 2009), which reversed this Court's decision to dismiss this matter for failure to exhaust administrative remedies, see Hettinga v. United States, 518 F. Supp. 2d 58 (D.D.C. 2007). Thus, before July 2, 2009, while the United States contemplates whether to petition the Supreme Court, there is a risk that any plan formulated for proceeding in this Court will need to be changed. After July 2, 2009, however, the parties will be in a better position to assess how to proceed with this case and a second case in the District of Arizona (a case that plaintiffs filed after they exhausted the administrative process with the USDA), see Hettinga v. Schafer, No. CV-08-2124-FJM (D. Ariz.). Thus, defendant moves to continue the status

conference presently scheduled for June 24, 2009, until after July 2, 2009.[1] To accommodate the schedules of counsel for both parties, and to minimize delay, counsel for both parties are most amendable to having a status conference during the weeks of July 13, July 27, 2009, or August 3, 2009.

Dated: June 18, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

   /s/ *Peter J. Phipps*
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendant

---

[1] Pursuant to D.C. Civil Rule 7.1(m), undersigned counsel has spoken with counsel for plaintiffs, who has indicated that he consents to this motion.