UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 22

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA<br>d/b/a SARAH FARMS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MIKE JOHANNS, SECRETARY, UNITED<br>STATES DEPARTMENT OF AGRICULTURE,<br>et al.,<br><br>　　　　Defendants. | CIVIL CASE NO. 5-06CV0052-C |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this lawsuit hereby stipulate to the dismissal of the action without prejudice, with each side to bear its own costs.

Respectfully submitted,

_/s/ Matt S. Major_

JOHN F. COONEY
(D.C. Bar No. 936336)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4812

ALFRED W. RICCIARDI
(Arizona Bar No. 009547)
Hebert Schenk P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203

Counsel for Plaintiffs
Hein Hettinga and Ellen Hettinga

MATT D. MATZNER
(Texas Bar No. 00797022)
MARK W. McBRAYER
(Texas Bar No. 24038036)
Crenshaw, Dupree & Milam L.L.P.
1500 Broadway, 8th Floor
Wells Fargo Center
Lubbock, Texas 79401
(806) 762-5281

Local Counsel for Plaintiffs
Hein Hettinga and Ellen Hettinga

/s/ Peter Michael Bryce by Matt S. Matzner w/permission
PETER MICHAEL BRYCE
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Attorney for Defendant Mike Johanns

/s/ Gary Bellair by Matt S. Matzner w/permission
H. GRADY TERRILL
GARY BELLAIR
Craig Terrill Hale & Grantham
P.O. Box 1979
Lubbock, Texas 79408-1979

Attorneys for Parker Farms,
Shamrock Farms, Shamrock Foods Company,
United Dairymen of Arizona, Dean Foods
Company, Farmers Cooperative Creamery,
Northwest Dairy Association, Tillamook County
Creamery, and West Farm Foods, Inc.

/s/ Fernando M. Bustos by Matt S. Matzner w/permission
FERNANDO M. BUSTOS
McCleskey Harriger Brazill & Graf L.L.P.
P.O. Box 6170
Lubbock, Texas 79493-6170
SBN: 24001819
806-796-7300

Attorney for Amicus Dairy Farmers of
America, Inc. and Defendant National Milk
Producers Federation

CHARLES M. ENGLISH, JR.
Thelen Reid & Priest LLP
701 8th Street, N.W.
Washington, D.C. 20001
(202) 508-4159

MARVIN BESHORE
130 State Street
P.O. Box 946
Harrisburg, Pennsylvania 17108
(717) 236-0781

May 22, 2006

2